21-2512
HOYLE, ET AL
v
LEE, ET AL

21-2512
HOYLE, ET AL
v
LEE, ET AL

JON P. McCALLA

TU M. PHAM