# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARTIN DAVID HOYLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHELLE K. LEE, et al., <br><br> Defendants. | Case No. 2:21-cv-02512-JPM-tmp |

## ORDER GRANTING MOTION TO EXTEND DEADLINE FOR RESPONSE IN OPPOSITION TO MOTION TO DISMISS

Before the undersigned is Plaintiffs' Motion to Extend Deadline for Response in Opposition to Motion to Dismiss, which Defendants do not oppose. (ECF No. 20.) For good cause shown, Plaintiffs' Motion is GRANTED. Plaintiffs shall have until and including January 21, 2022 to file their Response to Defendants' Motion to Dismiss, and Defendants shall have until February 11, 2022 to file their Reply.

IT IS SO ORDERED, this 11th day of January, 2022.

 s/ Tu M. Pham
 TU M. PHAM
 CHIEF UNITED STATES MAGISTRATE JUDGE